UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO


FILED
OCT 23 2017
CLERK, U.S. DISTRICT CLERK
WESTERN DISTRICT OF TEXAS
BY _____
DEPUTY

Case No.: _____
District Judge: _____
Magistrate Judge: _____

**SA17CV1067 OG**

JULIETTE FAIRLEY, daughter of James E. Fairley
and beneficiary of James Fairley,
Plaintiff,

v.

DON FORD, FORD BERGNER LLP,
KENNETH KROHN, Defendant

### MOTION AND PROPOSED ORDER FOR ELECTRONIC CASE FILING

COMES NOW Juliette Fairley, Petitioner, and states as follows:

As the Petitioner in the above-captioned matter, I respectfully ask the Court for permission to participate in electronic case filing ("e-filing") in this case. I hereby affirm that:

1. I have reviewed the requirements for e-filing and agree to abide by them.

2. I understand that once I register for e-filing, I will receive notices and documents only by email in this case and not by regular mail.

3. I have regular access to the technical requirements necessary to e-file successfully:

A computer with internet access;

- An email account on a daily basis to receive notifications from the Court and notices from the e-filing system.

- A scanner to convert documents that are only in paper format into electronic files;

- A printer or copier to create to create required paper copies such as chambers copies;
- A word-processing program to create documents;
- A PDF reader and a PDF writer to convert word processing documents into PDF format, the only electronic format in which documents can be e-filed.

E-filing is also good for the environmnt and saves money and time for all involved.

*//ss//Juliette Fairley*

Juliette Fairley

P.O. Bo 1497

New York, NY 10276

646 709 7828

JulietteFairley@gmail.com

CERTIFICATE OF SERVICE I HEREBY CERTIFY that a true and correct copy of the foregoing has been served in an authorized manner this 23rd day of October 2017 to the following:

DON FORD,
FORD BERGNER LLP,
KENNETH KROHN
Bank of America Centre
700 Louisiana Street
48th Floor
Houston, Texas 77002

ORDER GRANTING MOTION FOR ELECTRONIC

The COURT has considered the Motion for Permission for Electronic Case Filing. Finding that good cause exists, the Motion is GRANTED.. IT IS SO ORDERED

_____

DATED: PRESIDING JUDGE

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing Complaint has been served upon all counsel by mail and by this Court's CM/ECF system, on this 20th day of October 2017.

*s/Juliette Fairley*

DON FORD,
FORD BERGNER LLP,
KENNETH KROHN
Bank of America Centre
700 Louisiana Street
48th Floor
Houston, Texas 77002